UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2003 DEC -8 P 12: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIPT # _52279_
AMOUNT $ _150 -_
SUMMONS ISSUED ___1___
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. __78__

****************************************

CTC COMMUNICATIONS,

                        Plaintiff

VS.

EMPIRE OFFICE, INC., A/K/A
EMPIRE OFFICE EQUIPMENT,

                        Defendant

****************************************

CIVIL ACTION NO.: _12-8-03_

COMPLAINT

**03   12464 JLT**

MAGISTRATE JUDGE _Cohen_

The Plaintiff, CTC Communications Corp. ("CTC"), by its attorneys COHN & DUSSI,

LLC, as and for its Complaint herein alleges as follows:

## PARTIES

1.   The Plaintiff, CTC Communications ( hereinafter the "Plaintiff"), is a corporation duly

organized by law having a usual place of business at 360 Second Avenue, Waltham,

Massachusetts.

2.   The Defendant, Empire Office Inc., a/k/a Empire Office Equipment (hereinafter the

"Defendant"), is a corporation duly organized by law having a principal place of business

at 125 Maiden Lane, New York, New York.

## JURISDICTION

3.   The Court has jurisdiction over this claim under 28 U.S.C. Section 1331, as Defendant's

liability arises under a tariff filed with the Federal Communications Commission (the

"F.C.C.").

## COUNT I
### (Breach of Customer Service Application)

4.      The Plaintiff, reavers, realleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 3 above.

5.      At all times relevant to this action, CTC provided telephone service pursuant to Tariff F.C.C. No. 3 (the "Tariff"). A true and accurate copy of Section 2-Regulations, (CONT'D) of the Tariff is attached hereto as Exhibit "A" and by this reference specifically incorporated herein.

6.      On or about June 30, 1999 the Defendant executed and delivered to CTC a Customer Service Agreement and Long Distance Addendum (hereinafter the "Agreement") pursuant to which the Defendant agreed to pay CTC all amounts due together with interest, costs and attorneys' fees in connection with the Defendant's purchase of services from CTC. A true and accurate copy of said Agreement is attached hereto as Exhibit "B" and by this reference specifically incorporated herein.

7.      Pursuant to said Agreement, CTC rendered services to the Defendant in the sum of One Hundred Three Thousand Eight Hundred Fifty Two and 38/100 ($103,852.38) Dollars, together with interest thereon from June 5, 2002, on or before which date demand for payment was duly made, plus costs and attorney's fees.

8.      The Defendant has breached its contact with CTC as a result of its failure to make payment to CTC on all amounts due under said Agreement and owes CTC the sum of One Hundred Three Thousand Eight Hundred Fifty Two and 38/100 ($103,852.38) Dollars, together with interest thereon from June 5, 2002, on or before which date demand for payment was duly made, plus costs and attorney's fees.

## COUNT II
### (Services Rendered)

9.  The Plaintiff reavers, reallages and incorporates herein by reference the allegations contained in Paragraphs 1 through 8.

10. The Defendant defaulted on its obligations to Plaintiff and owes the Plaintiff the sum of One Hundred Three Thousand Eight Hundred Fifty Two and 38/100 ($103,852.38) Dollars, plus interest from June 5, 2002, on or before which date demand for payment was duly made, plus costs and attorney's fees.

**WHEREFORE**, CTC prays that Judgment enter as follows:

1.  Awarding CTC One Hundred Three Thousand Eight Hundred Fifty Two and 38/100 ($103,852.38) Dollars in Tariffed charges for the services provided, plus interest from June 5, 2002, on or before which date demand for payment was duly made, plus costs;

2.  Awarding CTC its costs and disbursements, including reasonable attorney's fees for prosecuting this action;

3.  Granting CTC any further relief that this Court deems just and proper.

Respectfully submitted,
CTC Communications,
By its attorneys,
Cohn & Dussi, LLC,

Date: 11/24/03

John J. Dussi, Esq. BBO# 546355
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803-4158
(781) 494-0200

**CTC COMMUNICATIONS CORP.**

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS

2.1    Undertaking of CTC COMMUNICATIONS CORP.

The Company's services and facilities are furnished to Customers for communications originating within the United States under terms of this tariff. The Company's services and facilities are available twenty-four (24) hours per day, seven (7) days per week.

The Company arranges for installation, operation, and maintenance of the communications services provided in this tariff for Customers in accordance with the terms and conditions set forth under this tariff.

All service or commitments undertaken by the Company, and provided through the use of the facilities and / or services acquired from another carrier, are subject to any limitations set out in the applicable tariff filed by the other carrier or in carrier-to-carrier agreements, and such limitations are hereby incorporated by reference.

2.1.1.    The tariff contains regulations and rate and charges applicable to the provision of Interstate Access Services and other miscellaneous services, hereinafter referred to collectively as service(s), provided by CTC COMMUNICATIONS CORP., hereinafter referred to as the Company, to Interexchange Carriers (IXCs), Competitive Local Exchange carriers (CLECs and End-Users.

A.    For purposes of administering this tariff, IXCs, end users and CLECs are hereinafter referred to as Customers.

B.    Customized service packages and competitive pricing arrangements at negotiated rates may be furnished on a case by case basis in response to requests by customers to the Company from proposals or for competitive bids. Service offered under this tariff provision will be provided to customers pursuant to a contract. Rates willed be filed with the F.C.C. for approval when they are so determined. Unless otherwise specified, the regulations for such arrangements are in addition to the applicable regulations and prices in other sections of this tariff.

---

Issue Date: April 4, 2001                                                    Effective Date: April 5, 2001

Issued:                          Pamela L. Hintz
                                 Director of Regulatory and Tariff Compliance
                                 360 Second Avenue
                                 Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 2

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.1    Undertaking of CTC COMMUNICATIONS CORP., (Cont'd.)

    2.1.2.    Shortage of Equipment of Facilities

        The Company reserves the right to limit or to allocate the use of existing facilities or of additional facilities offered by the Company, when necessary because of a lack of facilities, or due to any other cause beyond the Company's control.

    2.1.3.    Terms and Conditions

        A.    Service provided seven (7) days a week, Twenty-four (24) hours a day.  For the purpose of computing charges in this tariff, a month is considered to have 30 days.

        B.    Customers may be required to enter into written service orders which shall contain or reference a specific description of the service ordered, the rates and charges, the duration of the services and the terms and conditions in this tariff.  Customers will also be required to execute any other documents as may be reasonably requested by the Company.

        C.    In any action between the parties to enforce any provision of this tariff, the prevailing party shall be entitled to recover legal fees and court costs from the non-prevailing party in addition to other relief a court may award.

        D.    This tariff shall be interpreted and governed by the laws of the United States without regard for its choice of laws provision.

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:                              Pamela L. Hintz
                    Director of Regulatory and Tariff Compliance
                    360 Second Avenue
                    Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 3

## ACCESS SERVICE

### SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.1    Undertaking of CTC COMMUNICATIONS CORP., (Cont'd.)

    2.1.4.    Claims

        Company shall be indemnified and help harmless by the Customer against all claims, suits proceedings, expenses losses, liabilities or Damages (collectively "Claims") arising from the use of the service pursuant to this tariff involving:

        A.    Claims of third parties, including patrons or customers of a Customer, arising out of, resulting from, or related to the use of the services

        B.    Claims of libel, slander, invasion of privacy, or infringement of copyright arising from any communication suing the serivces;

        C.    Claims for patent infringement arising from combining or using the facilities and equipment furnished pursuant to this Tariff in connection or in combination with facilities or equipment not furnished by the Company

        D.    All other Claims arising out of any act or omissions of Customers or patrons of the Customer, in connection with the service made available to the Customer.

---

Issue Date: April 4, 2001                                                                Effective Date: April 5, 2001

Issued:                          Pamela L. Hintz
                          Director of Regulatory and Tariff Compliance
                          360 Second Avenue
                          Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

**ACCESS SERVICE**

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.1    Undertaking of CTC COMMUNICATIONS CORP., (Cont'd.)

    2.1.5.   Testing, Maintenance and Adjusting

    Upon suitable notice, the Company may make such tests, adjustments and inspections as may be necessary to maintain the Company's facilities in satisfactory operating condition. No interruption allowance will be credited to the Customer for the periods during which the Company makes such tests, adjustments or inspections.

    The Company shall have no responsibility for the maintenance and repair of any kind with respect to equipment and facilities not provided by the Company. The Company will charge the Customer for any maintenance visits with respect to service problems which are determined to arise from equipment or facilities not provided by the Company.

    2.1.6.   Non-Routine Installations

    At the Customer's request, installation and / or maintenance may be performed outside the company's regular business hours and in hazardous locations. In such cases charges based on not less that the cost of actual labor, material, or other costs incurred by or charged to the Company will apply. If installation is started during normal business hours but extends beyond regular business hours into time periods including but not limited to, weekends, holidays, and / or night hours, additional charges may apply.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:                         Pamela L. Hintz
                        Director of Regulatory and Tariff Compliance
                        360 Second Avenue
                        Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.1   Undertaking of CTC COMMUNICATIONS CORP., (Cont'd.)

2.1.7   Rights-of-Way

Any and all costs associated with obtaining and maintaining the rights-of-way from the point of entry at the Company location to the Customer, including but not limited to, the costs of installing conduit or of altering the structure to permit installation of Company provided facilities, shall be borne entirely by the Customer. Customer's use of such right-of-way and of agreements between the Company and such third parties relating thereto, including without limitation, the duration applicable and the condemnation of such rights-of-way, and shall not be in violation of any applicable governmental ordinance, law, rule, regulation or restriction. Where applicable, Customer agrees that it shall assist Company in the procurement and maintenance of such right-of-way.

2.1.8   Services Provided by Other Carriers

The Company shall have no responsibility with respect to billings, charges, or disputes related to services used by Customer, which are not included in the services herein, including, without limitation, any local, regional and long distance services not offered by the Company. Customer shall be fully responsible for the payment of any bills for such services and for the resolution of any disputes or discrepancies with the service provider.

---

Issue Date: April 4, 2001                                   Effective Date: April 5, 2001

Issued:                         Pamela L. Hintz
                        Director of Regulatory and Tariff Compliance
                        360 Second Avenue
                        Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 6

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.1    Undertaking of CTC COMMUNICATIONS CORP., (Cont'd.)

  2.1.9    Governmental Authorizations

  The provision of services under this Tariff is subject to and contingent upon the Company obtaining and retaining such approvals, consents, governmental authorizations, licenses and permits, as may be required or be deemed necessary by the Company. The Company shall use reasonable efforts to obtain and keep in effect all such approvals, consents, authorizations, licenses and permits that may be required to be obtained by it. The Company shall be entitled to take, and shall have no liability whatsoever for, any action necessary to bring the services into conformance with any rules, regulations, orders, decisions, or directives imposed by the Federal Communications Commission or any other applicable agency, and the Customer shall fully cooperate in and take such action as may be requested by Company to comply with any such rules, regulations, orders, decisions or directives.

  2.1.10   Changes or Substitutions

  Except as provided for equipment and systems subject to FCC part 68 regulations at 47 C.F.R. Section 68.110(b), the Company may , where such action is reasonably required in the operation of its business, (A) substitute, change or rearrange any facilities used in providing service under this tariff, including but not limited to, (i) substitution of different metallic facilities, (ii) substitution of carrier or derived facilities for metallic facilities used to provide other than metallic facilities, (iii) substitution of metallic facilities for carrier or derived facilities used to provide other than metallic facilities, (B) change in minimum protection criteria, (C) change in operating or maintenance characteristics of facilities, or (D) change operations or procedures of the Company. In case of any such substitution, change or rearrangement, the transmission parameters will be within the range as set forth in Section 6 and 7, following. The Company shall not be responsible if any such substitution, change or rearrangement renders any customer's furnished services obsolete or requires modification or alteration thereof or otherwise affects their use or performance. If such substitution, change or rearrangement affects the operating characteristics of the facility, the Company will provide reasonable time notification to the customer in writing. Reasonable time will be allowed for any redesign and implementation required by the change in operating characteristics. The Company will work cooperatively with the customer to determine reasonable notification requirements.

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:

Pamela L. Hintz
Director of Regulatory and Tariff Compliance
360 Second Avenue
Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 7

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.2    Limitations

 2.2.1    Service is offered subject to the availability of the necessary facilities and equipment, and is subject to the provisions of this tariff.

 2.2.2    CTC reserves the right to discontinue or limit service when necessitated by conditions beyond its control, or when the Customer is using service in violation of provisions of this tariff or the law.

 2.2.3    The Company does not undertake to transmit messages, but offers the use of its facilities when available, and will not be liable for errors in transmission or for failure to establish connections.

 2.2.4    The Company reserves the right to discontinue service, limit service, or to impose requirements on Customers or Subscribers as required to meet changing regulatory or statutory rules and standards, or when such rules and standards have an adverse material affect on the business or economic feasibility of providing service, as determined by CTC in its reasonable judgment.

Issue Date: April 4, 2001        Effective Date: April 5, 2001

Issued:         Pamela L. Hintz
       Director of Regulatory and Tariff Compliance
       360 Second Avenue
       Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.3    Assignment or Transfer

All services provided under this tariff are directly or indirectly controlled by CTC and neither the Customer nor the Subscriber may transfer or assign the use of service or facilities without the express written consent of the Company. Such transfer or assignment shall only apply where there is no interruption of the use or location of the service or facilities.

Prior written permission from the Company is required before any assignment or transfer. All regulations and conditions contained in this tariff shall apply to all such permitted assignees or transferees, as well as all conditions of service.

Issue Date: April 4, 2001                                      Effective Date: April 5, 2001

Issued:                              Pamela L. Hintz
                          Director of Regulatory and Tariff Compliance
                          360 Second Avenue
                          Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 9

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.4    Use of Service

2.4.1.    Lawful Use

Services provided under this tariff may be used for any lawful purpose for which the service is technically suited, subject to the terms of this tariff.

2.4.2    Resale

In conformance with the regulations in this Tariff, a private reseller and a reseller offering service for public use may receive service under CTC's other tariffs.

2.4.3    Access Service Connections

Equipment and systems (i.e., terminal equipment, multiline terminating systems and communications systems) may be connected with switched and special access service furnished by the Company where such connection is made in accordance with the provisions stated in Section 2 and in AS No. 1. A copy of AS No. 1 may be obtained from NECA, as specified in Section 1.2, preceding.

2.4.4    Title or Ownership Rights

The payment of rates and charges by customers for the services offered under the provisions of this tariff does not assign, confer or transfer title or ownership rights to proposals or facilities developed or utilized respectively, by the Company in the provision of such services.

---

Issue Date: April 4, 2001                                    Effective Date: April 5, 2001

Issued:                        Pamela L. Hintz
                    Director of Regulatory and Tariff Compliance
                    360 Second Avenue
                    Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 10

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.4    Use of Service, (Cont'd.)

    2.4.5    Minimum Periods of Service

        A.    The minimum periods for which services are provided and for which rates and charges are applicable, except as otherwise specified is one month. In the case of specialized service or arrangement provided on an individual case basis, one month is the minimum period of service unless a different minimum period is established with the individual case basis.

        B .    When a service is discontinued prior to the expiration of the minimum period, charges are applicable, whether the service is used or not. The applicable charge will be the total monthly charges at the rate in effect at the time service is discontinued, for the remainder of the minimum period plus all applicable NRCs.

        C.    If the period of use exceeds one month, the charges for the fractional part of a month following and consecutive with a full month are proportionate part of the monthly charges, based on the actual number of days the service is furnished. For the purpose of determining charges for a fractional part of a month, every month is considered to have thirty (30) days.

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:                      Pamela L. Hintz
                        Director of Regulatory and Tariff Compliance
                        360 Second Avenue
                        Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 11

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.4    Use of Service, (Cont'd.)

    2.4.6    Provision of Equipment and Facilities

        A.    Except as otherwise indicated, customer-provided station equipment at the Customer's premises for use in conjunction with this service shall be so constructed, maintained and operated as to work satisfactorily with the facilities of the Company.

        B.    The Company shall not be responsible for the installation, operation or maintenance of any Customer-provided communications equipment. Where such equipment is connected to service furnished pursuant to this tariff. The responsibility of the Company shall be limited to the furnishing of services under this tariff and to the maintenance and operation of such services in the proper manner. Subject to this responsibility, the Company shall not be responsible for:

            1.    the through transmission of signals generated by Customer-provided equipment or for the quality of, or defects in, such transmission; or

            2.    the reception of signals by Customer-provided equipment; or

            3.    network control signaling where such signaling is performed by Customer-provided network control signaling equipment.

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:                Pamela L. Hintz
                Director of Regulatory and Tariff Compliance
                360 Second Avenue
                Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 12

ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.5     Prohibited Use

A.     The services the Company offers shall not be used for any unlawful purpose or for any use for which the Customer has not obtained all required governmental approvals, authorization, licenses, consents and permits.

B.     The Company may require applicants for service who intend to use the Company's offering for resale and/or for shared use to file a letter with the Company confirming that their use of the Company's offerings complies with relevant laws and regulations, policies, orders, and decisions.

C.     The Company may require a Customer to immediately shut down its transmission if such transmission is causing interference to others.

D.     A Customer, joint user, or authorized user may not assign, or transfer in any manner, the service or any rights associated with the service without the written consent of the Company. The Company will permit a Customer to transfer its existing service to another entity if the existing Customer has paid all charges owed to the Company for regulated access services. Such a transfer will be treated as a disconnection of existing service and installation of new service, and non-recurring installation charges as stated in this tariff will apply.

Issue Date: April 4, 2001                           Effective Date: April 5, 2001

Issued:                      Pamela L. Hintz
                    Director of Regulatory and Tariff Compliance
                    360 Second Avenue
                    Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 13

## ACCESS SERVICE

### SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.6    Responsibility of the Company

    2.6.1    Scope

        A.    The Company does not undertake to transmit messages under this tariff.

        B.    The Company will for maintenance purposes, test its services only to the extent necessary to detect and / or clear troubles.

        C.    The Company does not warrant that its facilities and services meet standards other than those set forth in this tariff.

        D.    The provision of such services by the Company as set forth in this tariff does not constitute a joint undertaking with the customer for the furnishing of any service.

        E.    Signals applied to a metallic facility shall conform to the limitations set forth in AS No. 1. In the case of application of telegraph signaling systems, the customer shall be responsible, at its own expense, for the provision of current limiting devices to protect the Company facilities from excessive current due to abnormal conditions and for the provision of noise mitigation networks when required to reduce excessive noise.

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:                          Pamela L. Hintz
                        Director of Regulatory and Tariff Compliance
                        360 Second Avenue
                        Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 14

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.6     Responsibility of the Company, (Cont'd)

    2.6.2   Liability of the Company,

        A.     The liability of the Company for damages arising out of the furnishing of its Services, including but not limited to mistakes, omissions, interruptions, delays, or errors, or other defects, representations, or use of these services or arising out of the failure to furnish the service, whether caused by acts or omission, shall be limited to the extension of allowances for interruption as set forth in Section 2.14. The extension of such allowances for interruption shall be the sole remedy of the Customer and the sole liability of the Company.

        B.     The Company will not be liable for any direct, indirect, incidental, special, consequential (including lost revenue or profits), exemplary or punitive damages to Customer as a result of any Company service, equipment or facilities, or the acts or omissions or negligence of the Company's employees or agents.

        C.     The Company shall not be liable for any delay or failure of performance or equipment due to causes beyond its control, including but not limited to: acts of God, fire, flood, explosion, vandalism, cable cut or other catastrophes; any law, order, regulation, direction, action, or request of the United States Government, or of any other government, including state and local governments having or claiming jurisdiction over the Company, or of any department, agency, commission, bureau, corporation, or other instrumentality of any one or more of these federal, state, or local governments, or of any civil or military authority; national emergencies; insurrections; riots; wars; unavailability of rights-of-way or materials; or strikes, work stoppages, or other labor difficulties.

---

Issue Date: April 4, 2001                                      Effective Date: April 5, 2001

Issued:                          Pamela L. Hintz
                        Director of Regulatory and Tariff Compliance
                        360 Second Avenue
                        Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.6    Responsibility of the Company, (Cont'd)

    2.6.2    Liability of the Company, (Cont'd.)

        D.    The Company shall not be liable for any act or omission of any entity furnishing to the Company or to the Company's Customers facilities or equipment used for or with the services the Company offers.

        E.    The Company shall not be liable for interruptions, delays, errors, or defects in transmission or for any injury whatsoever, caused by the Customer, the Customer's Agents or Authorized Users or by facilities or equipment provided by the Customer.

        F.    The Company does not guarantee nor make any warranty with respect to installations it provides for use in an explosive atmosphere. The Customer indemnifies and holds the Company harmless from any and all loss, claims, demands, suits, or other action, or any liability whatsoever, whether suffered, made, instituted, or asserted by any other party or person(s), and for any loss, damage, or destruction of any property, whether owned by the Customer or others, caused or claimed to have been caused directly or indirectly by the installation, operation, failure to operate, maintenance, removal presence, condition, location, or use of any installation so provided. The Company reserves the right to require each Customer to sign an agreement acknowledging acceptance of the provisions set forth in Section 2.1.3, preceding, as a condition precedent to such installations.

        G.    The Company is not liable for any defacement of or damage to Customer premises resulting from the furnishing of services or equipment on such premises or the installation or removal thereof, unless such defacement or damage is caused by negligence or willful misconduct of the Company's agents or employees.

---

Issue Date: April 4, 2001                        Effective Date: April 5, 2001

Issued:                Pamela L. Hintz
                      Director of Regulatory and Tariff Compliance
                      360 Second Avenue
                      Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 16

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.6    Responsibility of the Company, (Cont'd)

2.6.2    Liability of the Company,  (Cont'd.)

H.    The Company shall be indemnified, defended and held harmless by the Customer against any claim, loss or damage arising from the Customer's use of services, involving claims for libel, slander, invasion of privacy, or infringement of copyright or unauthorized use of trademark, trade name, or service mark arising out of material, data, information or other content transmitted over the Company's Facilities.

I.    The Customer shall indemnify, defend, hold harmless the Company against claims of patent infringement arising from combining or connecting the Company's facilities or equipment with facilities equipment, apparatus or systems of a Customer.

J.    The Customer shall indemnify, defend, hold harmless the Company against all other claims (including without limitation, claims for damage to any other business or property or injury to or death of any person) arising out of any act or omission of the Customer, the Customer's agents or Authorized Users in connection with any service or facilities or equipment provided by the Company.

K.    THE COMPANY MAKES NO WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED EITHER IN FACT OR BY OPERATION OF LAW, STATUTORY OR OTHERWISE, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE, EXCEPT THOSE EXPRESSLY SET FORTH HEREIN.

.

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:                          Pamela L. Hintz
                          Director of Regulatory and Tariff Compliance
                          360 Second Avenue
                          Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 17

---

### ACCESS SERVICE

### SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.6    Responsibility of the Company, (Cont'd)

2.6.3.    Provision of Service

A.    The use, installation and restoration of services shall be in accordance with Part 64.401, Appendix A, of the FCCs Rules and Regulations, which specifies the priority system for such activities. Subject to the compliance with those rules, where a shortage of facilities or equipment exists at any time, either for temporary or protracted periods, the services offered herein will be provided to customers on a first-come, first-served basis.

B.    The services offered under the provisions of this tariff are subject to availability. The Company, to the extent that such services are or can be made available with reasonable effort; and after provision has been made for the Company's telephone exchange services, will provide to the customer upon reasonable notice services offered in other applicable sections of this tariff at the rates and charges specified therein.

C.    Services are provided Twenty-Four (24) hours daily, seven (7) days per week, except as set forth in other applicable sections of this tariff.

2.3.4.    The Point of Termination of Service

The Access Services provided under this tariff include Company communications facilities up to the point of termination, which denotes the demarcation point, and will be installed by the Company to such point of termination. If the point of termination is moved subsequent to the original installation, move charges apply as appropriate as defined in Section 5 of this Tariff. Any additional terminations at the customer premises beyond such point of termination are the sole responsibility of the customer.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:                                Pamela L. Hintz
                                Director of Regulatory and Tariff Compliance
                                360 Second Avenue
                                Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 18

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.7     Use of Recording Devices

Customers and Authorized Users who use recording devices do so at their own risk. A Customer or Authorized User may only use a recording device if the Customer or Authorized User complies with the requirements of this section and only if the Customer or Authorized User is able to connect or disconnect the recording device, or turn the recording device on or off, at will.

2.7.1   A Customer or Authorized User may record a conversation if the Customer or Authorized User obtains written or verbal consent to the recording of all parties to the conversation prior to or at the beginning of the conversation.

2.7.2   A distinctive recorder tone must be repeated at intervals of approximately fifteen (15) seconds to alert all parties to the conversion that a recording device is being used.

2.7.3   The requirements set forth in Sections 2.7.1 and 2.7.2, preceding, are waived for Broadcast licensees who use a recording device to record a conversation for broadcast if all parties to the conversation are aware that the conversation will be broadcast.

Issue Date: April 4, 2001                                          Effective Date: April 5, 2001

Issued:                         Pamela L. Hintz
                     Director of Regulatory and Tariff Compliance
                     360 Second Avenue
                     Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 19

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.8    Customer Notification and Coordination

    2.8.1    Changes and Substitutions

        A .    Except as provided for equipment and systems subject to FCC Part 68 rules in 47 C.F.R. Section 68.110.(b), the Company may, where such action is reasonably required in the operation of its business perform the following actions.

            1.    Substitute, change or rearrange any facilities used in providing service under this tariff, including but not limited to the following:

                (a)    Substitution of different metallic facilities;

                (b)    Substitute of carrier or derived facilities for metallic facilities used to provide other than metallic facilities; and

                (c)    Substitution of metallic facilities for carrier or derived facilities used to provide other than metallic facilities.

            2 .    Change in minimum protection criteria.

            3.    Change in operating or maintenance characteristics of facilities.

            4.    Change in operations or procedures of the Company.

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:    Pamela L. Hintz
Director of Regulatory and Tariff Compliance
360 Second Avenue
Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 20

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.8    Customer Notification and Coordination, (Cont'd.)

    2.8.1    Changes and Substitutions

        B.    In the case of any such situation, change or rearrangement, the transmission parameters will be within the range specified for the individual services involved. The Company shall not be responsible if any such substitution, change or rearrangement renders any Customer furnished services obsolete or requires modification or alteration thereof or otherwise affects their use or performance. If such substitution, change or rearrangement materially affects the operating characteristics of the facility, the customer will be given adequate notice in writing. Reasonable time will be allowed for any design and implementation required by the change in operating characteristics. The Company will work cooperatively with the customer to determine reasonable notification requirements.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:    Pamela L. Hintz
Director of Regulatory and Tariff Compliance
360 Second Avenue
Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 21

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.8    Customer Notification and Coordination, (Cont'd.)

    2.8.2    Refusal an Discontinuance of Service

        A.    Unless the provision of Section 2.8.5 (B) or Section 2.4.3, apply, if the customer fails to comply with Section 2.1.5, including any payments to be made by it on the dates and times herein specified, the Company may, on Thirty (30) Days written notice by US Certified Mail to the person designated by the Customer to receive such notices of noncompliance, refuse additional applications for the service and / or refuse to complete any pending orders for service at any time thereafter.  If the Company does not refuse additional applications for service in the date specified in the Thirty (30) Day's notice, and the customer's noncompliance continues, nothing contained herein shall preclude the Company's right to refuse additional applications for service without further notice.

        B.    Unless the provisions of Section 2.8.5 or 2.4.3, apply, if the customer fails to comply with Section 2.1.5, including any payments to be made by it on the dates and times herein specified, the Company may, on Thirty (30) days written notice by Certified Mail to the person designated by the customer to receive such notices of noncompliance, discontinue the provision of the services involved on the date specified in the Thirty (30) Days notice, and the customer's noncompliance continues, nothing contained herein shall preclude the Telephone Company's right to discontinue the provision of the services involved without further notice.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:

Pamela L. Hintz
Director of Regulatory and Tariff Compliance
360 Second Avenue
Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 22

## ACCESS SERVICE

### SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.8    Customer Notification and Coordination, (Cont'd.)

    2.8.2    Refusal an Discontinuance of Service, (cont'd.)

        C.    If the National Exchange Carrier association, Inc. notifies the Company that the customer has filed to comply with Section 8 of the National Exchange Carrier Associations, Inc Tariff F.C.C. No. 5 (Lifeline Assistance and Universal Service Fund charges) including any Customers failure to make payment on the date and times specified therein, the Company may, on thirty (30) days written notice to the customer by Certified US Mail, take any of the following actions: (1) refuse additional applications for service and/or (2) refuse to complete any pending orders for service, and / or discontinue service to the customer, In the case of discontinuance, all applicable charges, including termination charges shall become due.

        D.    The Company may discontinue the provision of service to the customer if it is determined by an inspection of the premises, or such other means as necessary, that such service, in fact, has been abandoned.    All applicable charges, including termination charges shall become due.

        E.    Whenever FGD Switched Access Service of a customer is discontinued, as set forth in (B), (C), or (D) preceding, Pre-subscription Charge Application regulations as specified in Section 10.5, following shall apply.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:
        Pamela L. Hintz
        Director of Regulatory and Tariff Compliance
        360 Second Avenue
        Waltham, MA 02451

CTC COMMUNICATIONS CORP.

·TARIFF F.C.C. No. 3
Section 2
Original Page 23

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.8    Customer Notification and Coordination, (Cont'd.)

    2.8.2    Refusal an Discontinuance of Service, (cont'd.)

        F.    CTC may refuse or discontinue service to end-users without incurring any liability for noncompliance with and/or violation of any Federal, State or municipal law, ordinance or regulation pertaining to telephone service.  Service may also be discontinued or refused for the following conditions:

            .1    For neglect or refusal to provide reasonable access to the Company for the purpose of inspection and maintenance of equipment owned by the Company.

            .2    For noncompliance with and/or violation of the Commission's regulations or the Company's rules and regulations.

            .3    For nonpayment of bills for telephone service thirty (30) days after bill rendering. Customer will be given written notice at least one (1) week in advance of disconnection.

            .4    Without notice in the event of Customer use of equipment in such a manner as to adversely affect the Company's equipment or the Company's service to others.

            .5    Without notice in the event of tampering with the equipment furnished and owned by the Company.

            .6    For neglect or refusal to provide reasonable access to CTC or it agents for the purpose of inspection and maintenance of equipment owned by CTC or its agents.

            .7    For nonpayment of bills, provided that the suspension or termination of service shall not be made without proper notification as described above and in accordance with applicable law.  The Customer whose check or draft is returned unpaid for any reason after two attempts at collection, shall be subject to discontinuance of service.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:

        Pamela L. Hintz
        Director of Regulatory and Tariff Compliance
        360 Second Avenue
        Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 24

**ACCESS SERVICE**

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.8    Customer Notification and Coordination, (Cont'd.)

    2.8.2    Refusal an Discontinuance of Service, (cont'd.)

        F.    (Cont'd.)

            .8    For violation of any of the other material terms or conditions for furnishing service the Company may, with the proper notification as described above, discontinue or suspend service.

            .9    For condemnation of any material portion of the facilities used by the Company to provide service to a Customer or if a casualty renders all or any material portion of such facilities inoperable beyond feasible repair, the Company, by notice to the Customer, may discontinue or suspend service without incurring any liability.

            .10    For fraudulent use of the Company's Network, the Company will discontinue service without notice and/or seek legal recourse to recover all costs involved in enforcement of this provision.

---

Issue Date: April 4, 2001                Effective Date: April 5, 2001

Issued:                  Pamela L. Hintz
Director of Regulatory and Tariff Compliance
360 Second Avenue
Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 25

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.8     Customer Notification and Coordination, (Cont'd.)

    2.8.3.   Service Affective Activities.

        A.     The Company will provide the customer timely notification of service affecting activities that may occur in normal operation of its business. Generally, such activities are not individual customer service specific; they affect many customer services. No specific advance notification period is applicable to all service activities. The Company will work cooperatively with the Customer to determine the reasonable notification requirements. With some emergency or unplanned service affecting conditions, such as an outage resulting from cable damage, notification to the customer may not be possible. Such activities may include, but are not limited to the following activities.

            1.     Equipment or facilities additions,

            2.     Removals or rearrangements,

            3.     Routine and preventative maintenance,

            4.     Major Switching machine change out.

---

Issue Date: April 4, 2001                                        Effective Date: April 5, 2001

Issued:                          Pamela L. Hintz
                          Director of Regulatory and Tariff Compliance
                          360 Second Avenue
                          Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 26

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.8    Customer Notification and Coordination, (Cont'd.)

    2.8.4.    Provision of Ownership of Telephone Numbers

        A.    The Company reserves the reasonable right to assign, designate or change telephone numbers, any other call number designations associated with access services, or the Company serving central office prefixes associated with such numbers, when necessary in the conduct of its business.

        B.    Should it become necessary to make a change in such number(s), the Company will furnish to the customer six months notice, by Certified US Mail, of the effective date and an explanation of the reason(s) for such changes.

            1.    In the case of emergency situations, (e.g., a fire in the wire center), it may be necessary to change a telephone number without six months notice in order to provide service to the customer.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:
           Pamela L. Hintz
           Director of Regulatory and Tariff Compliance
           360 Second Avenue
           Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 27

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.8     Customer Notification and Coordination, (Cont'd.)

    2.8.5    Interference or Impairments

        A.    The Characteristics and methods of operation of any circuits, facilities or equipment provided by any entity other than the Company and associated with the facilities utilized to provide services under this tariff shall not: (a) interfere with or impair service over any facilities of the Company, affiliated companies or its connecting or concurring carriers involved in its services, (b) cause damage to their plant, (c) impair the privacy of any communications carried over Company facilities or create hazards to the employees of any of them or the public.

        B.    Except as provided for equipment or systems subject to the FCC Part 68 rules in 47 C.F.R. 68.108, if such characteristics or methods of operation are not in accordance with the proceeding paragraph, the Company will, where practicable, notify the customer that temporary discontinuance of the use of a service may be required; however, where prior notice is not practicable, nothing contained herein shall be deemed to preclude the Company's right to temporarily discontinue forthwith the use of a service if such action is reasonable under the circumstances.

            1.    In case of such temporary discontinuance, the customer will be promptly notified and afforded the opportunity to correct the condition which gave rise to the temporary discontinuance.

            2.    During such period of temporary discontinuance, credit allowance for service interruptions is not applicable, as specified in Section 2.14, following.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:                  Pamela L. Hintz
                            Director of Regulatory and Tariff Compliance
                            360 Second Avenue
                            Waltham, MA 02451