**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 28

<u>ACCESS SERVICE</u>

<u>**SECTION 2 - GENERAL REGULATIONS, (CONT'D.)**</u>

2.8     Customer Notification and Coordination, (Cont'd.)

    2.8.6    Customer Coordination with Respect to Network Contingencies

        A.    The Company intends to work cooperatively with the customer to develop network contingency plans in order to maintain maximum network capability following natural or man made disasters which affect telecommunications services, subject to the restoration priority requirements Part 64.401 of the FCCs Rules and Regulations, which specifies the priority system for such activities.

Issue Date: April 4, 2001                                    Effective Date: April 5, 2001

Issued:                          Pamela L. Hintz
                                 Director of Regulatory and Tariff Compliance
                                 360 Second Avenue
                                 Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.9    Responsibilities of the Customer

    2.9.1    Scope

        A.    The services provided under this tariff shall be maintained by the Company. The Customer or others may not rearrange, move disconnect, remove, or attempt to repair any facilities provided by the Company, other than by connection or disconnection to any interface means used, except with the written consent of the Company.

        B.    The Customer may not assign or transfer the use of services provided under this tariff; however, where there is no interruption of use or relocation of the services, such assignment or transfer may be made to the following individual(s) or parties.

            1.    Another customer, whether an individual, partnership, association or corporation, provided the assignee or transferee assumes all outstanding indebtedness for such services, and the unexpired portion of the minimum period and the termination liability applicable to such services, if any; or

            2.    A court appointed receiver, trustee or other person acting pursuant to law in bankruptcy, receivership, reorganization, insolvency, liquidation or other similar proceedings, provided the assignee or transferee assumes the unexpired portion of the minimum period and the termination liability applicable to such services, if any.

        C.    In all cases of assignment or transfer, the written acknowledgment of the Company is required prior to such assignment or transfer which acknowledgment shall be made within fifteen (15) days from the receipt of notification. All regulations and conditions contained in this tariff shall apply to such assignee or transferee.

        D.    The assignment or transfer of services does not relieve or discharge the assignor or the transferor from remaining jointly or severally liable with the assignee or transferee for any obligations existing at the time of the assignment or transfer.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:

        Pamela L. Hintz
        Director of Regulatory and Tariff Compliance
        360 Second Avenue
        Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 30

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.9    Responsibilities of the Customer, (Cont'd.)

2.9.2.    Liability of the Customer

A.    The Customer shall pay all applicable charges as set forth in this tariff.

The Customer is responsible for any damage to or loss of the Company facilities or equipment caused by the acts or omissions of Customer, authorized user or joint user as defined by these regulations, unless caused by the negligence or willful misconduct of the employees or agents of the Company.

B.    The Customer shall reimburse the Company for damages to the Company facilities utilized to provide services under this tariff caused by the negligence or willful act of the customer or resulting from the Customer's improper use of the Company's facilities, or due to malfunction of any facilities or equipment provided by other than the Company. The Company will, upon reimbursement for damages, cooperate with the Customer in prosecuting a claim against the person causing such damage and the Customer shall be subrogated to the right of recovery by the Company for the damages to the extent of such payment.

C.    With respect to claims of patent infringement made by third persons, the customer shall defend, indemnify, protect and hold harmless the Company from and against all claims arising out of combining with, or use in connection with, or use in connection with, the services provided under this tariff, any circuit, apparatus, system or method provided by the Customer.

---

Issue Date: April 4, 2001                                    Effective Date: April 5, 2001

Issued:                        Pamela L. Hintz
                        Director of Regulatory and Tariff Compliance
                        360 Second Avenue
                        Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 31

**ACCESS SERVICE**

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.9    Responsibilities of the Customer, (Cont'd.)

    2.9.3    Liability of the Customer

        D.    The Customer shall defend, indemnify and hold harmless the Company from and against all law suits, claims, losses or damages including punitive damages, attorney's fees and court costs by third persons arising out of the construction, installation, operation, maintenance, or removal of the Customer's circuits, facilities or equipment connected to the Company's services provided under this tariff, including without limitation Workmen's Compensation claims, actions for infringement of copyright and / or unauthorized use of program material, libel and slander actions based on content of communications transmitted over the Customer's circuits, facilities or equipment, and proceedings to recover taxes, fines or penalties for failure of the Customer to obtain or maintain in effect any necessary certificates, permits, licenses or other authority to acquire or operate the services provided under this tariff; provided, however the foregoing indemnification shall not apply to suits, claims and demands to recover damages for damage to property, death or personal injury unless such suits, claims or demands are based on the tortuous conduct of the customer, its officers, agents or employees.

        E.    The Customer shall defend, indemnify and hold harmless the Company from and against any suits, claims, losses or damages, including punitive damages, attorney fees and court costs by the customer or third parties arising out of any act or omission of the customer in the course of using services provided under this tariff.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:

        Pamela L. Hintz
        Director of Regulatory and Tariff Compliance
        360 Second Avenue
        Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 32

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.9     Responsibilities of the Customer, (Cont'd.)

    2.9.3     Equipment Space and Power

        A.     The Customer shall make available to Company such space, power, environmental, conditioning and other resources at Customer's premises as Company shall request for the provisioning of services offered under this tariff. Customer shall provide the necessary equipment space, conduit, electrical power and suitable environmental conditions required to provide the services, as specified by the Company, at each Customer termination point, without charge or cost to the Company. Customer agrees to return such equipment and wiring to Company at the expiration of the applicable term in its original condition, ordinary wear and tear excepted. Customer shall bear the risk of any loss or damage to Company's equipment or wiring located at on Customer's premises, except where such loss or damage is caused by Company. Customer shall be responsible for insuring that the equipment, wiring, space and associated facilities, conduit and rights-of-way are protected against, fire, theft, vandalism or other casualty, and that the use thereof complies with the applicable laws, rules and regulations and with all applicable lease or other contractual agreements. Company shall install such wiring and equipment as reasonably directed by Customer to comply with lease or other contractual obligations to which Customer is a party.

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:                     Pamela L. Hintz
                     Director of Regulatory and Tariff Compliance
                     360 Second Avenue
                     Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 33

**ACCESS SERVICE**

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.9    Responsibilities of the Customer, (Cont'd.)

    2.9.3    Equipment Space and Power, (cont'd.)

        B.    Customer shall provide a safe place to work which complies with all laws and regulations along the rights-of-way and in the equipment spaces which it is responsible for obtaining, and at which Company authorized personnel, employees, or agents may be installing, inspecting, maintaining, replacing, repairing or removing facilities and equipment.

        C.    Customer shall arrange access to any of the rights-of-way, conduit, and equipment space which it is responsible for obtaining at any time so that Company's authorized personnel, employees, or agents may install, repair, maintain, inspect, replace or remove any and all facilities and associated equipment provided by Company. Access to such sites shall be made available at a time mutually agreeable to Customer and Company.  Customer acknowledges that, when repair work is required to restore services after interruption, it may be necessary to provide access on a twenty-four (24) hour, seven (7) day a week basis.  Company shall also have the right to obtain access to the cable installed in Customer provided conduit at any place or junction box. No credit allowance under Section 2.14, following, will be made for the period during which service is interrupted for such purposes.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:

              Pamela L. Hintz
          Director of Regulatory and Tariff Compliance
          360 Second Avenue
          Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 34

**ACCESS SERVICE**

**SECTION 2 - GENERAL REGULATIONS, (CONT'D.)**

2.9     Responsibilities of the Customer, (Cont'd.)

    2.9.4    Ownership of Facilities and Theft

        Facilities utilized by the Company to provide service under the provisions of this tariff shall remain the property of the Company. Such facilities shall be returned to the Company by the Customer, whenever requested, within a reasonable period following the request in as good condition as reasonable wear will permit.

    2.9.5    Availability for Testing

        The services under this tariff shall be available to the Company at times mutually agreed upon in order to permit the Company to make tests, adjustments appropriate for maintaining the services in satisfactory operating condition. Such tests and adjustments shall be completed within a reasonable time. No credit allowance as specified in Section 2.14, following, will be allowed for any interruptions involved during such tests and adjustments.

    2.9.6    Coordination with Respect to Network Contingencies.

        The Customer shall, in cooperation with the Company, coordinate in planning the actions to be taken to maintain maximum network capability following natural or man made disasters which affect telecommunications services.

    2.9.7    Balance

        All signals for transmission over the services provided under this tariff shall be delivered by the customer balanced to ground except for ground start, duplex (DX) and McCulloh Loop (alarm system) type signaling and dc telegraph transmissions at speeds of 75 baud or less.

---

Issue Date: April 4, 2001                                                    Effective Date: April 5, 2001

Issued:                                       Pamela L. Hintz
                                  Director of Regulatory and Tariff Compliance
                                  360 Second Avenue
                                  Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 35

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.9.    Responsibilities of the Customer, (Cont'd.)

2.9.8.    Design of Customer Services

Subject to the provisions set forth in Section 2.1.10, preceding, the Customer shall be solely responsible, at its own expense for overall design of its services and for any redesigning or rearrangement of its services which may be required because of a change of facilities, operations or procedures; however, the customer shall not represent that the Company jointly participates in the customer's service.

2.9.9.    References to the Company

The Customer may advise end users that certain services are provided by the Company in connection with the service the customer furnishes to end users; however, the customer shall not represent that the Company jointly participates in the customer's services.

Issue Date: April 4, 2001                                 Effective Date: April 5, 2001

Issued:                          Pamela L. Hintz
                      Director of Regulatory and Tariff Compliance
                      360 Second Avenue
                      Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 36

**ACCESS SERVICE**

**SECTION 2 - GENERAL REGULATIONS, (CONT'D.)**

2.9.    Responsibilities of the Customer, (Cont'd.)

    2.9.10.  Jurisdictional Report Requirements

        A.    Usage Rated Reports

           1.    For purposes of billing Switched Access Service usage rates, the Customer shall provide the information set forth in (1), (2) or (3) following.

               (a)    When a customer orders Feature Group B Switched Access Service for both intrastate and interstate use, the projected interstate percentage of use must be provided in a whole number to the Company. The Company will designate the number obtained by subtracting the projected interstate percentage of use from 100 as the projected intrastate percentage of use.

               (b)    For purposes of developing the projected interstate percentage, the customer shall consider every call that enters the customer's network at a point within the same state as the state where the called station is located to be intrastate and every call that enters the customer's network at a point in a state different from the state in which the called station is located to be interstate.

               (c)    These whole number percentages will be used by the Company to apportion the use, rates and / or nonrecurring charges between interstate and intrastate until a revised report is received as set forth in (C), following.

           2.    The projected interstate percentage of use as set forth in (1) preceding will be used to determine the charges as follows:

              The number of access minutes for a group will be multiplied by the projected interstate percentage of use to determine the interstate access minutes. The number of interstate access minutes so determined will be subtracted form the total number of access minutes for the group to determine the intrastate access minutes (i.e., number of access minutes - interstate access minutes). The interstate access minutes for the group will be billed as set forth in section 6, following.

---

Issue Date: April 4, 2001                                    Effective Date: April 5, 2001

Issued:                          Pamela L. Hintz
                  Director of Regulatory and Tariff Compliance
                  360 Second Avenue
                  Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 37

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.9.    Responsibilities of the Customer, (Cont'd.)

    2.9.10.  Jurisdictional Report Requirements, (cont'd.)

        A.    Usage Rated Reports, (cont'd.)

            3.    For Feature Group D Switched Access Service(s), the Company, where jurisdiction can be determined from the call detail, will determine the projected interstate percentage as follows. For originating access minutes, the projected interstate percentage will be developed on a monthly basis by the end office when the Feature Group D (FGD) Switched Access Service access minutes are measured by dividing the measured interstate originating access minutes (the access minutes where the calling number is in one state and the called number is in another state) by the originating access minutes when the call detail is adequate to determine the appropriate jurisdiction. For terminating access minutes, the data used by the company to develop the projected interstate percentage for originating access minutes will be used to develop such interstate percentage for such terminating access minutes. When a customer orders FGD Switched Access Service, the customer shall supply projected interstate percentage of use for each end office involved to be used in the event that originating call details are insufficient to determine the jurisdiction for the call. This percentage shall be used in the event that originating call details are insufficient to determine the jurisdiction for the call. This percentage shall be used by the Company as the projected interstate percentage for such call detail. For purposes of developing the projected interstate percentage, the customer shall utilize the same consideration as those set forth in (1)(b), preceding. The Company will designate the number obtained by subtracting the projected interstate percentage for originating and terminating access minutes from 100.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:                Pamela L. Hintz
                  Director of Regulatory and Tariff Compliance
                  360 Second Avenue
                  Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.9.    Responsibilities of the Customer, (Cont'd.)

    2.9.10.  Jurisdictional Report Requirements, (cont'd.)

        A.    Usage Rated Reports, (cont'd.)

            4.    When a customer orders Directory Assistance Service, the customer, shall, in its order, provide the projected interstate percentage for terminating use in a whole number for each Directory Access Service group ordered. The Company will designate the number obtained by subtracting the projected interstate percentage furnished by the customer for 100 as the projected interstate percentage of use.

            5.    When a customer orders Common Channel Signaling Access (CCSA) the customer shall state in its order projected interstate percentage of use in a whole number (0 to 100). The Company will designate the number obtained by subtracting the projected interstate percentage furnished by the customer from 100 as the projected intrastate percentage of use.

            6.    When customer orders Billing Name and Address, as specified in Section 10, following, the customer shall state in its order the projected interstate percentage of use in a whole number. The Company will designate the number obtained by subtracting the projected interstate percentage furnished by the customer from 10-0 as the projected intrastate percentage of use.

            7.    In order to provide credit for the Local Switching and / or CCL charges for interstate traffic which originates or terminated at the RTU Services, the following applies. Where the Company specific usage data is not available to identify the interstate traffic which originates or terminates in the RTU services the customer will provide recorded minutes of use (MOU) to the Company each month. This information shall be delivered to the Company at a location specified by the Company in a timely manner. If the required information is not received by the Company the previously reported information as described preceding will be used for the next two months or until the customer furnishes such information to the Company, whichever comes first. For any subsequent month, no allocation or credit will be made until the required documentation is delivered to the Company by the customer.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:

        Pamela L. Hintz
        Director of Regulatory and Tariff Compliance
        360 Second Avenue
        Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 39

### ACCESS SERVICE

### SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.9.  Responsibilities of the Customer, (Cont'd.)

    2.9.10.  Jurisdictional Report Requirements, (cont'd.)

        A.    Usage Rated Reports, (cont'd.)

            7.    (cont'd.)

            In the event that actual recorded RTU interstate usage are unavailable, the customer shall provide a projected RTU percentage of interstate use (not subject to Local Switching and / or CCL) in a whole number.  The Company will subtract the projected RTU interstate percentage for the originating and terminating access minutes from 100 (100 - projected RTU interstate percentage = non RTU interstate percentage subject to CCL and Local Switching).

        B.    Switched Access Service Entrance Facilities and Direct Trunked Transport Facilities

        In addition to the report requirements set forth in (A) (1), (2) and (3) preceding, the customer must provide and interstate percentage of use in a whole number for each entrance facility and a separate interstate percentage of use in a whole number for each separately ordered and provided Direct Trunked Transport Facility.  In the event that the customer orders an Entrance Facility and Direct Trunked Transport Facility as one physical facility, only one interstate percentage of use must be provided. At the customer's interstate percentage of use must be provided.  At the customer's option, the interstate percentage of use for Entrance Facilities and / or Direct trunk Transport Facilities may be provided in a whole number(s) on a LATA basis.  The interstate percentage of use for the LATA must be provided for each Entrance Facility and / or Direct Trunked Transport facility when the customer places the order for service.  These interstate percentages of use will be used in determining the monthly rates to be applied for the facilities as set forth in Section 2.9.11, following.

---

Issue Date: April 4, 2001                                Effective Date: April 5, 2001

Issued:                  Pamela L. Hintz
Director of Regulatory and Tariff Compliance
360 Second Avenue
Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 40

**ACCESS SERVICE**

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.9.    Responsibilities of the Customer, (Cont'd.)

2.9.10.  Jurisdictional Report Requirements, (cont'd.)

C.    Report Updates

1.    Effective on the first of January, April, July and October of each year, the customer may update the jurisdictional reports that require a projected interstate or RTU interstate percentage. The customer shall forward to the company, to be received no later than 20 calender days after the first of each such month, a revised report showing interstate percentage of use for the past three months ending the last day of December, March, June and September, respectively, for each service arranged for interstate and intrastate use. Except as set forth in (3) preceding where the jurisdiction can be determined from the call detail, or for BNA Service, where jurisdiction can be determined from the recorded message detail, the revised report will serve as the basis for the next three (3) months billing and will be effective on the bill date in the following month (i.e., February, May, August and November) for that service. No prorating or back- billing will be done based on the report. If the customer does not supply the report, the Company will assume the percentage to be the same as that provided in the last quarterly report. For those cases in which a quarterly report has never been received for the customer the Company will assume the percentage to be the same as that provided in order for service as set forth in (A)(1), (3), (4), (5), (6), (7) and preceding.

2.    The customer reported projected interstate percentage of use as set forth in (A) (3) preceding will be used fo the apportionment of rates aor nonrecurring charges associated with Feature Group D Switched Access Service until the end of a quarter during which the service was activated. Thereafter, a projected interstate percentage of use for such apportionment will be developed quarterly by the Company based on the data used to develop the projected interstate percentage of use as set forth in (A)(3), preceding, Where call detail is insufficient to make such determination the customer reported projected interstate percentage of use as set forth in (1) preceding will be used by the Company for apportionment.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:              Pamela L. Hintz
Director of Regulatory and Tariff Compliance
360 Second Avenue
Waltham, MA 02451

Issue Date: April 4, 2001                                    Effective Date: April 5, 2001

Issued:                          Pamela L. Hintz
                          Director of Regulatory and Tariff Compliance
                          360 Second Avenue
                          Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 42

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.9.  Responsibilities of the Customer, (Cont'd.)

    2.9.10.  Jurisdictional Report Requirements, (cont'd.)

        D.    Mixed Use Special Access Services

        A Mixed Use Special Access is a Special Access Service (line) which carriers both Intrastate and Interstate traffic.

        1.    When a customer orders a Mixed Use Special Access Service (line) which is entirely or partially physically intrastate, the customer must certify to the Company whether the physically intrastate portion of the service (line) is considered to be jurisdictionally intrastate or jurisdictionally interstate as follows:

        (a)    If the customer estimates that the interstate Special Access traffic on the service (line) involved constitutes ten (10) percent or less of the total traffic on the service, the service is considered to be jurisdictionally intrastate and will be provided in accordance with the applicable rates and regulations of the appropriate intrastate tariff.

        (b)    If the customer estimates that the interstate Special Access traffic on the service involved constitutes more than ten (10) percent of total traffic on the service, the service is considered to be jurisdictionally interstate and will be provided in accordance with the applicable rates and regulations of this tariff.

        2.    The customer may, at any time, update the jurisdictional report. The customer shall forward to the Company a revised report showing any change in jurisdiction. The revised report will serve as a basis for future billing and will be effective on the next business day following the receipt of the revised report. No back-billing will be done based on the report.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:                  Pamela L. Hintz
                       Director of Regulatory and Tariff Compliance
                       360 Second Avenue
                       Waltham, MA 02451

Issue Date: April 4, 2001                                     Effective Date: April 5, 2001

Issued:                          Pamela L. Hintz
                      Director of Regulatory and Tariff Compliance
                      360 Second Avenue
                      Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 44

**ACCESS SERVICE**

### SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.9.    Responsibilities of the Customer, (Cont'd.)

   2.9.10.  Jurisdictional Report Requirements, (cont'd.)

   E.    Jurisdiction Report Verification

   1.    Switched Access Service

   The customer shall keep sufficient detail from which the percentage of interstate use and / or the percentage of RTU interstate use can be ascertained and upon request of the Company make the records available for inspection.  Such a request will be initiated by the Company no more than once per year.  The customer shall supply the data within thirty (30) calender days of the Company's request.

   2.    Mixed Use Special Access Service

   In the event a dispute occurs concerning the appropriate jurisdiction, the customer shall furnish the Company the records used to make the determination of the jurisdiction.  The customer shall supply the data within thirty (30) calender days of the Company request.

Issue Date: April 4, 2001                          Effective Date: April 5, 2001

Issued:                    Pamela L. Hintz
                 Director of Regulatory and Tariff Compliance
                 360 Second Avenue
                 Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 45

## ACCESS SERVICE

### SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.9.    Responsibilities of the Customer, (Cont'd.)

    2.9.11    Determination of Interstate Charges for Mixed Interstate and Intrastate
    Usage Rated Services

    When a mixed interstate and intrastate usage rated services are provided, all charges (i.e., nonrecurring, usage and / or monthly) including optional features and Basic Service Element charges, will be prorated between interstate and intrastate. The percentage for interstate and intrastate as defined in Section 2.9.10(A), (B), (C) for Switched Access Service will serve as the basis for prorating the charges, the percentage of service to be charges as interstate is applied in the following manner:

    A.    For monthly and nonrecurring chargeable rate elements, multiply the interstate percent times the quantity of chargeable elements times the stated tariff rate per element.

    B.    For usage sensitive (i.e., access minutes and calls.) chargeable rate elements, multiply the percent interstate use times actual use (i.e., measured or Company assumed average use times the stated tariff rate).

    The interstate percentage will change as revised usage reports are submitted or a revised percentage is calculated as set forth in 2.9.10(C), preceding.

---

Issue Date: April 4, 2001                            Effective Date: April 5, 2001

Issued:                     Pamela L. Hintz
                            Director of Regulatory and Tariff Compliance
                            360 Second Avenue
                            Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 47

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.11    Customer Deposits and Advance Payments

    2.11.1    Advance Payments

        The Company may require a Customer to make an advance payment before services and facilities are furnished. The advance payment will not exceed an amount up to two (2) months of estimated monthly usage charges. In addition, where special construction is involved, the advance payment may also include an amount equal to the estimated non-recurring for the special construction and recurring charges (if any) for a period to be set between the Company and the Customer. The advance payment will be credited to the customer's initial bill. An advance payment may be required in addition to a deposit.

    2.11.2    Deposits

        The Company reserves the right to examine the credit record of a Customer. If the Customer's financial condition is unknown or unacceptable to the Company, the Customer may be required to provide the Company with a security deposit which the Company may apply against overdue charges.

        A.    The amount of security deposit shall not exceed two month's estimated total monthly bill, and will be collected and maintained in accordance with the Department's rules and regulations. The fact that a security deposit has been made in no way relieves the customer from prompt payment of bills upon presentation nor does it constitute a waiver or modification of practices of the Company for discontinuance of service for nonpayment of any sums due for service rendered.

        B.    Interest is credited to the Customer annually, or upon termination of the service, or upon the return of the deposit by the Company. The rate of interest for business Customers is equivalent to the rate paid on a Two-Year United States Treasury notes for the proceeding 12 months ending December 31 as reported in the most current Federal Reserve Bulletin monthly publication.

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:                  Pamela L. Hintz
                         Director of Regulatory and Tariff Compliance
                         360 Second Avenue
                         Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

## ACCESS SERVICE

### SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.12    Payment Arrangements

   2.12.1  Payment for Service

   The Customer is responsible for payment of all charges for facilities and services furnished by the Company.

   A.     Taxes

   The Customer is responsible for payment of any sales, use, gross receipts, excise, access or other local, state and federal taxes, charges or surcharges (excluding taxes on the Company's net income), however designated, imposed on or based upon the provision, sale or use of the Telephone services.

   B.     Special Taxes

   To the extent that a municipality, other political subdivision or local agency of government, or Commission imposes upon and collects from the Company a gross receipts tax, occupation tax, license tax, permit fee, franchise fee, or regulatory fee, such taxes and fees shall, insofar as practicable and allowed by law, be billed pro-rata to Customers receiving service from the Company within the territorial limits of such municipality, other political subdivision or local agency of government.

   C.     The Company may adjust its rates and charges or impose additional rates and charges on its Customers in order to recover amounts it is required by governmental or quasi-governmental authorities to collect from or pay to others in support of statutory or regulatory programs. Examples of such programs include, but are not limited to, the Universal Service Fund (USF), the Presubscribed Interexchange Carrier Charge (PICC), and compensation to pay telephone service providers for the use of their pay telephones to access the Company's.

Issue Date: April 4, 2001                                  Effective Date: April 5, 2001

Issued:                          Pamela L. Hintz
                          Director of Regulatory and Tariff Compliance
                          360 Second Avenue
                          Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

### ACCESS SERVICE

### SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.12    Payment Arrangements, (Cont'd.)

    2.12.1  Payment for Service, (cont'd.)

        C.    (cont'd.)

            1.    Public Pay Telephone Surcharge

                In order to recover the Company's expenses associated with the implementation of Section 276(b)(1)(A) of the Telecommunications Act of 1996, an undiscountable per call charge is applicable to all calls that originate from a domestic pay telephone used to access the company's services. The Public Pay Telephone Surcharge, which is in addition to standard tariffed usage charges and any applicable service charges and surcharges associated with the Company's service, applies for the use of the instrument used to access the Company's service and is unrelated to the Company's service accessed from the pay telephone.

                Pay telephones include coin-operated and coinless phones owned by the local telephone companies, independent companies and other interexchange carriers. The Public Pay Telephone Surcharge applies to the initial completed call and any re-originated call (i.e., using the "#" symbol).

                Whenever possible, the Public Pay Telephone Surcharge will appear on the same invoice containing the usage charges for the surcharged call. In cases where proper pay telephone coding digits are not transmitted to the Company prior to completion of the call, the Public Pay Telephone Surcharge may be billed on a subsequent invoice after the Company has obtained information from a carrier that the originating station is an eligible pay telephone.

                The Public Pay telephone Surcharge does not apply to calls placed from pay telephones at which the customer pays for service by inserting coins during the progress of the call.

Issue Date: April 4, 2001                 Effective Date: April 5, 2001

Issued:                Pamela L. Hintz
                      Director of Regulatory and Tariff Compliance
                      360 Second Avenue
                      Waltham, MA 02451

Issued:                              Pamela L. Hintz
                        Director of Regulatory and Tariff Compliance
                        360 Second Avenue
                        Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.12    Payment Arrangements, (Cont'd.)

    2.12.1  Payment for Service, (cont'd.)

        C.    (cont'd.)

            2.    Universal Service Fund Fee (USF)

In connection with the FCC's Universal Service Orders, the Company will pay a percentage of its retail revenues to support the Universal Service Fund ("USF"). The Company will pass-through the USF assessment to its Customers by assessing a surcharge equal to the most recent USF contribution factor(s) established by the Universal Service Administrative Company ("USAC").

The USF Fee will not be applied to services sold by the Company to a Customer for resale for which the Customer has filed a Universal Service Worksheet, unless the Customer has a deminimis exemption which exempts the Customer from paying directly into the fund. These percentages will be subject to periodic adjustment.

            3.    New York Telecommunications Excise Tax

For Customers in New York State, in the New York Telephone Company Operating territory, an Excise Tax on Telecommunications Services Surcharge of 3.0989% to recover Excise Taxes and the associated Metropolitan Commuter Transportation District Tax Surcharge applies to all rate and charges for service in this tariff except those of purchased for resale by a reseller who possesses a certificate of Necessity and Convenience from the New York Public Service Commission, or is designated as eligible for a sale - for - resale exclusion from the New York State Department of Taxation and Finance.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:    Pamela L. Hintz
Director of Regulatory and Tariff Compliance
360 Second Avenue
Waltham, MA 02451

CTC COMMUNICATIONS CORP.

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.12    Payment Arrangements, (Cont'd.)

    2.12.2   Billing and Collection of Charges

The Customer is responsible for payment of all charges incurred by the Customer or other users for services and facilities furnished to the Customer by the Telephone Company.

A.    Non-recurring charges are due and payable within thirty (30) days after the date of the invoice.

B.    The Company shall present invoices for Recurring Charges monthly to the Customer, in advance of the month in which service is provided, and Recurring Charges shall be due and payable within thirty (30) days after the date of invoice. When billing is based upon customer usage, usage charges will be billed monthly for the preceding billing period.

C.    When service does not begin on the first day of the month, or end on the last day of the month, the charge for the fraction of the month in which service was furnished will be calculated on a pro rated basis. For this purpose, every month is considered to have thirty (30) days.

D.    Billing of the Customer by the Company will begin on the Service Commencement Date, which the day on which the Company notifies the Customer that the service or facility is available for use, except that the Service Commencement Date may be postponed by mutual agreement of the parties, or if the service or facility does not conform to standards set forth in this tariff or the Service Order. Billing accrues through and includes the day that the service, circuit, arrangement or component is discontinued.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:                    Pamela L. Hintz
Director of Regulatory and Tariff Compliance
360 Second Avenue
Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 53

### ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.12    Payment Arrangements, (Cont'd.)

    2.12.2  Billing and Collection of Charges, (cont'd.)

        E.    If any portion of the payment is received by the Company after the due date, or if any portion of the payment is received by the Company in funds which are not immediately available upon presentment, then a late penalty shall be due to the Company. The late payment penalty shall be the portion of the payment not received by the due date, multiplied by a later factor. The late factor shall be the lesser of (1) a rate of one and one-half percent (1.5%) per month or (2) the highest rate allowed by law.

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:

Pamela L. Hintz
Director of Regulatory and Tariff Compliance
360 Second Avenue
Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 54

ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.12    Payment Arrangements, (Cont'd.)

    2.12.2    Billing and Collection of Charges, (cont'd.)

        F.    The Customer will be assessed a charge of up to twenty dollars ($20.00) for each check submitted by the Customer to the Company which a financial institution refuses to honor for insufficient funds or a non-existent account.

        G.    Customers have up to thirty (30) days (commencing 5 days after remittance of the bill) to initiate a dispute over charges or to receive credits.

        H.    If service is disconnected by the Company in accordance with Section 2.12.4, following and later restored, restoration of service will be subject to all applicable installation charges.

    2.12.3    Billing Disputes

        In the case of a billing dispute between a Customer and the Company for service furnished to the Customer, which cannot be settled with mutual satisfaction, the Customer may, within thirty (30) days of the date of the invoice containing the disputed amount, request, and the Company will comply with the request, an in-depth investigation and review of the disputed amount. The Company shall communicate to the Customer the results of such investigation and review as soon as reasonably possible. The undisputed portion of the bill and any subsequent bills must be paid on timely basis or service shall be subject to cancellation.

---

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:

        Pamela L. Hintz
        Director of Regulatory and Tariff Compliance
        360 Second Avenue
        Waltham, MA 02451

CTC COMMUNICATIONS CORP.

TARIFF F.C.C. No. 3
Section 2
Original Page 55

## ACCESS SERVICE

# SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.12.   Payment Arrangements, (Cont'd.)

2.12.4.        Refusal or Discontinuance by the Company

Service continues to be provided until canceled by the Customer, in writing, or until discontinued by the Company as set forth below. The Company may render bills subsequent to the termination of service for charges incurred before termination.

Notice of discontinuance will be in writing at least one (1) week prior to the proposed discontinuance date. Service of notice by mail shall be considered complete upon mailing.

CTC may refuse or discontinue service to Customers for any of the following reasons:

A.     For noncompliance with or violation of any state, municipal, or federal law, ordinance or regulation pertaining to telephone service.

B.     For noncompliance with or violation of Commission regulation or CTC's rules and regulations on file with the Commission.

C.     Without notice by reason of any order or decision of a court or other government authority having jurisdiction which prohibits Company from furnishing such services.

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:
                    Pamela L. Hintz
                Director of Regulatory and Tariff Compliance
                360 Second Avenue
                Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 56

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.12.    Payment Arrangements, (Cont'd.)

    2.12.4.    Refusal or Discontinuance by the Company, (cont'd.)

        D.    For failure of the Customer to make proper application for service or for use of telephone service for any other property or purpose than that described in the application.

        E.    Without notice in the event of tampering with the equipment or services owned by CTC or its agents.

        F.    Without notice in the event of Customer use of equipment or services in such a manner as to adversely affect the Company's equipment or the Company's service to others.

        G.    For neglect or refusal to provide reasonable access to CTC or its agents for the purpose of inspection and maintenance of equipment owned by CTC or its agents.

        H.    For nonpayment of bills, provided that suspension or termination of service shall not be made with one (1) week written notice to the Customer and in accordance with applicable law. The Customer whose check or draft is returned unpaid for any reason, after two attempts at collection, shall be subject to discontinuance of service.

        I.    Without notice for unauthorized or unlawful use of Travel Service numbers and Authorization Codes.  Travel Service numbers and Authorization Codes are issued only by the Company to the Customer and may not be sold or otherwise distributed without the written consent of the Company.

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:

    Pamela L. Hintz
    Director of Regulatory and Tariff Compliance
    360 Second Avenue
    Waltham, MA 02451

**CTC COMMUNICATIONS CORP.**

TARIFF F.C.C. No. 3
Section 2
Original Page 57

## ACCESS SERVICE

## SECTION 2 - GENERAL REGULATIONS, (CONT'D.)

2.12.    Payment Arrangements, (Cont'd.)

    2.12.4.    Refusal or Discontinuance by the Company, (cont'd.)

        J.    Without notice in the event of any other unauthorized or fraudulent use of service. Whenever service is discontinued for fraudulent use of service, CTC may, before restoring service, require the Customer to make, at his or her own expense, all changes in facilities or equipment necessary to eliminate illegal use and to pay an amount reasonably estimated as the loss in revenues resulting from such fraudulent use.

        K.    For Customer's breach of contract for service between the Company and the Customer.

    2.12.5    Notice to Company for Cancellation of Service

    Customers, not receiving service pursuant to a term agreement with the Company, who desire to terminate service shall provide Company thirty (30) days written notice of desire to terminate service.

Issue Date: April 4, 2001

Effective Date: April 5, 2001

Issued:    Pamela L. Hintz
Director of Regulatory and Tariff Compliance
360 Second Avenue
Waltham, MA 02451