AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

CTC Communications

V.

Empire Office, Inc.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**03-12464 JLT**

TO: (Name and address of Defendant)

Empire Office, Inc. a/k/a Empire Office Equipment
125 Maiden Lane
New york New york

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John J. Dussi, Esq.
Cohn & Dussi, LLC
25 Burlington Mall Road
Burlington, MA 01803
781-494-0200

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: ANASTAS

DATE: September 9 2004

(By) DEPUTY CLERK



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-

CTC Communications, et. al., Plaintiff(s)
vs.
Empire Office Inc., et. al., Defendant(s)

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Empire Office, Inc, a/k/a Empire Office Equipment
Court Case No. 03.12464

COHN & DUSSI, L.L.C.
Mr. John J. Dussi
25 Burlington Mall Rd, 6th Floor
Burlington, MA 01803

State of: **NEW YORK** ) ss.
County of: **SUFFOLK** )

Name of Server: **BRIAN NOLAN**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the **7th** day of **OCTOBER**, 20 **04** at **2:30** o'clock **P** M

Place of Service: at **125 Maiden Lane**, in New York, NY

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Civil Cover Sheet**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Empire Office, Inc, a/k/a Empire Office Equipment
By delivering them into the hands of an officer or managing agent whose name and title is: **GLADYN COLON, AUTHORIZED AGENT**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **WHITE** ; Hair Color **BLACK** ; Facial Hair ____
Approx. Age **38** ; Approx. Height **5'5"** ; Approx. Weight **145**
☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this
8th day of OCTOBER, 2004

(signature) Notary Public
(Commission Expires)

BRIAN NOLAN
APS International, Ltd.

APS File #: 068454-0001