UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * *  * | |
| CTC COMMUNICATIONS CORP.,                         * | |
|     Plaintiff                 * | CA 03-12464-JLT |
| VS.                                               * | |
| EMPIRE OFFICE, INC.,                              * | |
|     Defendant                 * | |
| * * * * * * * * * * * * * * * * * * * * * * * * *  * | |

**NOTICE OF VOLUNTARY DISMISSAL**
(Rule 41(a)(1))

Pursuant to the provisions of Federal Rules of Civil Procedure Rule 41(a)(1), the Plaintiff, CTC Communications Corp., discontinues the above-captioned action and dismisses the complaint without prejudice.

                                            Respectfully Submitted,
                                            CTC COMMUNICATIONS CORP.,
                                            By its attorneys,

Date: June 16, 2005                    /s/ John J. Dussi
                                            John J. Dussi, Esq., BBO#546355
                                            Tracy A. Kish, Esq., BBO#656918
                                            COHN & DUSSI, LLC.
                                            25 Burlington Mall Road, 6th Floor
                                            Burlington, MA 01803-4158
                                            (781) 494-0200

**CERTIFICATE OF SERVICE**

     I, Tracy A. Kish, certify that on this 16th day of June, 2005, I served a copy of the foregoing Notice of Voluntary Dismissal, by first class mail, postage prepaid, or by electronic filing, upon the following:

                                /s/ Tracy A. Kish

Persons served:

Empire Office, Inc.
a/k/a Empire Office Equipment
125 Maiden Lane
New York, NY 10038